# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEISA BLANKENSHIP,

    Plaintiff,

v.                                              CASE NO. 4:09cv478-RH/WCS

SMITH, DEAN & ASSOCIATES, INC.,

    Defendant.

_____/

## ORDER DIRECTING THE CLERK TO ENTER A
## DEFAULT AND TO SET A SCHEDULING CONFERENCE

    This case is before the court on the magistrate judge's report and recommendation (document 12). No objections have been filed.

    As the report and recommendation correctly notes, the defendant is in default. This order directs the clerk to enter a default. The order does not, however, remand the case to the magistrate judge for further proceedings. A status conference will be held to address the nature and scheduling of further proceedings in anticipation of the eventual entry of a default judgment.

    For these reasons,

    IT IS ORDERED:

1. The clerk thus must enter a default.

2. The clerk must set a status conference before me by telephone for the first available date.

SO ORDERED on May 4, 2010.

s/Robert L. Hinkle<br>
United States District Judge