**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

LEISA BLANKENSHIP,

        Plaintiff,

v.                              CASE NO.  4:09cv478-RH/WCS

SMITH, DEAN & ASSOCIATES, INC.,

        Defendant.

_____/

**ORDER CLOSING THE FILE**

No response has been filed to the order of April 11, 2014.  ECF No. 36.  The status thus is this.  Two judgments have been entered for the plaintiff Leisa Blankenship against the defendant Smith, Dean & Associates, Inc. ("Smith Dean").  ECF Nos. 23 & 27.  Further proceedings—including discovery in aid of execution—were stayed under 11 U.S.C. § 362 based on Smith Dean's bankruptcy proceeding.  ECF No. 35.  Ms. Blankenship did not respond to an order directing her to file a status report, probably indicating her lack of interest in further proceedings at this point.  This order directs the clerk to close the file.  The

judgments remain in full force and effect, subject to any discharge that has been or may be entered in the bankruptcy proceeding.

SO ORDERED on May 2, 2014.

s/Robert L. Hinkle
United States District Judge